# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | Case No. 1:18-cv-00572-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT |
| v. | |
| CATHERINE L. CATON, et al., | FIVE-DAY DEADLINE |
| Defendants. | |

On April 26, 2018, Plaintiff Standard Insurance Company filed this action against Defendants Catherine L. Caton and Amy Pollock. (ECF No. 1.) Pursuant to the order setting the mandatory scheduling conference, Plaintiff was to diligently pursue service of the summons and complaint and promptly file proofs of service of the summons and complaint. (ECF No. 5 at 1.) As of this date no proof of service has been filed.

There is currently a mandatory initial scheduling conference set in this action for July 19, 2018, before the undersigned. The Court finds that it does not serve the interest of judicial economy to hold the mandatory status conference until all the defendants have been served and filed an answer to the complaint, have been dismissed from the action, or default has been entered.

Accordingly, IT IS HEREBY ORDERED that within five (5) days from the date of entry of this order Plaintiff shall file a notice informing the Court of the status of service on the

defendants and addressing continuance of the mandatory scheduling conference.

IT IS SO ORDERED.

Dated: __**June 29, 2018**__

UNITED STATES MAGISTRATE JUDGE